UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATAGON MANAGEMENT LLC,<br><br>                            Plaintiff,<br><br>-against-<br><br>THE ARAGON ASSOCIATION, THE ARAGON SHIELD FOUNDATION, ARAGON X AG, and LUIS CUENDE,<br><br>                            Defendants. | 24-cv-8290 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court will hold a hearing on plaintiff's request for a temporary restraining order (Dkt. 3) on **Friday, November 1, 2024** at **3 pm**. The parties shall dial 646-453-4442 and enter conference ID: 430 359 039 followed by the pound (#) sign.

      Plaintiff is ORDERED to furnish this order, the complaint, and all supporting materials on defendants through all known means of contact by **October 31, 2024**.

      SO ORDERED.

Dated:  October 31, 2024
           New York, New York

                                                            ARUN SUBRAMANIAN
                                                            United States District Judge