UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATAGON MANAGEMENT LLC,

                 Plaintiff,

-against-

ARAGON ASSOCIATION et al.,

                 Defendant.

24-cv-8290 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On December 11, 2024, the Court held the initial pretrial conference in this case. As discussed at that hearing:

1. Plaintiff Patagon Management will, if it so chooses, send defendants a good faith settlement demand by **Monday, December 16, 2024**.

2. Defendants, if they receive a demand from plaintiff, will use their best efforts to make a good faith offer in response to that demand by **Friday, December 20, 2024**.

3. Discovery in this case is STAYED pending further order of the Court.

4. Defendants will file their motion to dismiss by **February 17, 2025**. Plaintiff will file its opposition by **April 3, 2025**. Defendants will file any replies by **May 5, 2025**. If the motion to dismiss is denied, all parties should expect discovery to proceed on an expedited basis.

SO ORDERED.

Dated: December 12, 2024
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                           United States District Judge